RECEIVED
IN LAKE CHARLES, LA.

MAR 12 2012

TONY R. MOORE, CLERK
BY_____
         DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DARIUS KEITH RAINEY**<br>**FED. REG. #13542-058** | : | **DOCKET NO. 2:11 CV 760**<br>**SECTION "P"** |
| **VS.** | : | **JUDGE MINALDI** |
| **JOSEPH P. YOUNG** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of *habeas corpus* be DENIED and DISMISSED WITH PREJUDICE.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this ___ day of __March__ 2012.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE